# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. *EX REL.* TRICIA NOWAK )<br>)<br>)<br>) | |
| *Plaintiffs*, ) | No.   08-cv-10368 (DPW) |
| v. ) | Judge Douglas P. Woodlock |
| MEDTRONIC, INC. )<br>) | |
| *Defendant*. ) | |

## JOINT STATUS REPORT

The Parties submit this Joint Status Report in accordance with the Court's Order on April 2, 2012 requiring them to submit a status report by April 25, 2012 detailing the status of the alternative resolution efforts in this matter.  The Parties report that they have been engaged in mediation before Judge William F. Downes (Ret. Chief Judge D. Wyoming) on April 18, 24 and 25.  Medtronic has agreed to provide the plaintiff with additional time to consider a settlement offer that is the product of this mediation.  The Parties will file a supplemental report with the Court on Friday April 27, 2012.

Respectfully submitted,

30372639_2

| Counsel for Plaintiff-Relator | Counsel for Defendant |
|---|---|
| /s/ Shayne C. Stevenson | /s/ Kim B. Nemirow |
| Steve W. Berman | Michael K. Fee (BBO # 544541) |
| Shayne C. Stevenson | Richard D. Batchelder, Jr. (BBO # 556653) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | ROPES & GRAY LLP |
| 1918 Eighth Ave., Suite 3300 | Prudential Tower |
| Seattle, WA 98101 | 800 Boylston Street |
| (206) 623-7292 | Boston, Massachusetts 02199-3600 |
| steve@hbsslaw.com | (617) 951-7000 |
| shaynes@hbsslaw.com | michael.fee@ropesgray.com |
| | |
| Ed Notargiacomo | Douglas H. Hallward-Driemeier (BBO # 627643) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Kim B. Nemirow (BBO # 663258) |
| 55 Cambridge Parkway, Suite 301 | ROPES & GRAY LLP |
| Cambridge, MA 02142 | One Metro Center |
| (617) 482-3700 | 700 12th Street, Suite 900 |
| | Washington, District of Columbia 20003 |
| | (202) 508-4600 |
| | |
| | Christopher P. Conniff, admitted *pro hac vice* |
| | ROPES & GRAY LLP |
| | 1211 Avenue of the Americas |
| | New York, New York 10036-8704 |
| | (212) 596-8704 |

Dated: April 25, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing on April 25, 2012.

/s/ Kim B. Nemirow  
Kim B. Nemirow
